UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAM GARCIA,

    Plaintiff,

v.                                                          CASE NO: 8:07-cv-478-T-23MSS

BUILDER SERVICES GROUP, INC.,

    Defendant.

_____/

**ORDER**

The plaintiff sues the defendant (Doc. 1) for violation of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.. The parties request a stay and stipulate (Doc. 7) that "[a]ll employment-related disputes between Plaintiff and Defendant are subject to Defendant's Dispute Resolution Policy ("DRP") . . . which includes provisions for mandatory mediation and arbitration of the disputes that are the subject of this action." Because "[t]he weight of authority clearly supports dismissal of the case when all of the issues raised in the district court must be submitted to arbitration," the request for a stay is **DENIED** and this action is **DISMISSED**. See Gilchrist v. Citifinancial Servs., Inc., No. 6:06-cv-1727-Orl-31KRS, 2007 WL 177821, at *4 (M.D. Fla. Jan. 19, 2007) (quoting Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161, 1164 (5th Cir. 1992).

The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on August 13, 2007.

                                                            STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE